UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BASF CORPORATION,

        Plaintiff,         Case No. 18-CV-132

v

WILSON AUTO COLLISION, INC., et al,

        Defendants.

## ORDER OF DEFAULT

The Court, having considered the Affidavit of Default of Caroline C. Marino on behalf of Plaintiff BASF Corporation ("BASF"), and with good cause showing, enters this Order for Default against Defendants Wilson Auto Collision, Inc. and Kevin Wilson, jointly and severally, for the settlement payment in the amount of $150,000 due to BASF pursuant to the parties' Settlement Agreement. The Clerk is directed to enter Judgment in favor of Plaintiff as indicated above.

**SO ORDERED** this 7th day of January, 2019.

        s/ William C. Griesbach
        WILLIAM C. GRIESBACH, Chief Judge
        United States District Court